**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
:
UNITED STATES OF AMERICA            :
:
            -against-               :         **ORDER**
:
:
   CARLOS ROSARIO                   :         19 Cr. 761-9 (JPO)
:              Docket#
------------------------------------X


**J. Paul Oetken**, DISTRICT JUDGE:

The C.J.A. attorneys assigned to this case Richard B. Lind and Joshua J. Horowitz are hereby ordered substituted

and the representation of the defendant in the above captioned matter is assigned to Anthony Cecutti.


                                         SO ORDERED.

                                         _____
                                         J. PAUL OETKEN
                                         United States District Judge


Dated:  New York, New York
        August 14, 2020